1094

No. 99–7080. RAHMAN v. UNITED STATES;
No. 99–7085. KHALLAFALLA ET AL. v. UNITED STATES;
No. 99–7090. ABDELGANI v. UNITED STATES;
No. 99–7091. ABDELGANI v. UNITED STATES;
No. 99–7093. ABDELGANI v. UNITED STATES;
No. 99–7094. ALVAREZ v. UNITED STATES;
No. 99–7097. HAMPTON-EL v. UNITED STATES;
No. 99–7098. ELHASSAN v. UNITED STATES; and
No. 99–7099. ELHASSAN v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Reported below: 189 F. 3d 88.

No. 99–7082. SANCHEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–7089. MURRY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–7095. ALLEN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–7100. FINLEY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 99–7102. FRANKLIN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–7103. HOLICK v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–7104. HOUSTON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–7106. FERNANDEZ v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–7107. GONZALEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–7108. HEAD v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–7113. KEEPER v. HOLLAND, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 99–7114. LIVINGSTON v. GALANOS ET AL. C. A. 11th Cir. Certiorari denied.